IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RANDE MASTEN

v.  NO. 12-3498

NCO FINANCIAL SYSTEMS, INC.

**JUDGMENT**

FILED
NOV -5 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE SLOMSKY, J.

AND NOW, to wit, this 5th day of November, 2012, in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

It is ORDERED that judgment is entered in favor of plaintiff RANDE MASTEN and against defendant NCO FINANCIAL SYSTEMS, INC. in the amount of $500.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg