IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDE MASTEN,<br><br>            Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>            Defendant. | CIVIL ACTION<br>NO. 12-3498 |

### ORDER

**AND NOW**, this 16th day of November 2012, upon receipt of the attached letter of counsel jointly requesting that the 14 day time period for Plaintiff's counsel to file a petition for fees and costs be extended to December 10, 2012, it is **ORDERED** that:

1. The Clerk of Court shall docket the attached letter.

2. The joint request for an extension of time to file the petition is **GRANTED** and the petition shall be filed by December 10, 2012.

BY THE COURT:

JOEL H. SLOMSKY, J.