

# KIMMEL & SILVERMAN
### P.C.

:G THOR KIMMEL
:OBERT M. SILVERMAN

* Member, PA Bar
* Member, NJ Bar
* Member, DE Bar
* Member, NY Bar
* Member, MA Bar
* Member, MD Bar
* Member, OH Bar
* Member, MI Bar
* Member, NH Bar
* Member, CT Bar
* Member, TN Bar
* Member, WV Bar
* Member, DC Bar
* Member, CA Bar
* Member WI Bar
* Member TX Bar
* Certified by the New Jersey Supreme Court as a Civil Trial Attorney

TIMOTHY J. ABREL, JR.
AMY L. BENNECOFF
W. CHRISTOPHER COMPONOVO
FRED DAVIS
JOSEPH L. GENTILCORE
JACQUELINE C. HERRITT
CHRISTOPHER J. KELLEHER
TARA L. PATTERSON
ROBERT A. RAPKIN
CHRISTINA GILL ROSEMAN
RICHARD A. SCHOLER
ANGELA K. TROCCOLI
ALFRED J. TUMOLO III

www.CREDITLAW.com
(800)-NOT-FAIR

CORPORATE HEADQUARTERS
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

DELAWARE, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
NEW ENGLAND, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
NEW JERSEY, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
NEW YORK, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
W. NEW YORK, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
W. PENNSYLVANIA, 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001

Please reply to CORPORATE HEADQUARTERS

November 14, 2012

Honorable Joel H. Slomsky
United States District Court
   Eastern District of Pennsylvania
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

FILED
NOV 16 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

    Re:   **Rande Masten v. NCO Financial Systems, Inc.**
           **Civil Action No. 2:12-cv-03498-JHS**

Dear Judge Slomsky:

    On November 5, 2012, Plaintiff accepted a Rule 68 Offer of Judgment providing for payment of $500.00 plus reasonable attorneys' fees and costs. As is typical, the Offer provided that if the parties are unable to resolve attorneys' fees and costs, a fee petition would be submitted to the Court. I am writing because counsel are very optimistic that fees can be resolved, and are awaiting final approval from NCO Financial as to the figure discussed. Counsel are cooperative with one another and have successfully resolved similar cases in the same manner. In an abundance of caution, however, counsel jointly request that the (14) day time period for filing a petition, be extended through December 10, 2012.

    Thank you for your consideration of this request.

                      Respectfully submitted,

                      CRAIG THOR KIMMEL

cc:   Ross S. Enders, Attorney for Defendant (*via e-mail only*)

"When Debt Collectors called you, they never expected you to call us"
© Copyright 2009-2012 All Rights Reserved, Kimmel & Silverman, P.C.