IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDE MASTEN,<br><br>          Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>          Defendant. | CIVIL ACTION<br>NO. 12-3498 |

### ORDER

**AND NOW**, this 29th day of November 2012, upon receipt of the attached letter of counsel providing that the parties have resolved attorneys' fees and costs in the above-captioned matter, it is **ORDERED** that:

1. The Clerk of Court shall docket the attached letter.

2. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close the above-captioned matter.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.