

| | | |
|---|---|---|
| ROBERT M. SILVERMAN**<br>CRAIG THOR KIMMEL**<br><br>* Member, PA Bar<br>* Member, NJ Bar<br>* Member, DE Bar<br>* Member, NY Bar<br>* Member, MA Bar<br>* Member, MD Bar<br>* Member, OH Bar<br>* Member, MI Bar<br>* Member, NH Bar<br>* Member, CT Bar<br>* Member, TN Bar<br>* Member, WV Bar<br>* Member, DC Bar | **KIMMEL & SILVERMAN**<br>——— P.C. ———<br><br>www.CREDITLAW.com<br>(800)-NOT-FAIR<br><br>**CORPORATE HEADQUARTERS**<br>30 E. Butler Pike, Ambler, PA 19002<br>Toll Free (800)-668-3247<br>Fax (877) 788-2864 | JACQUELINE C. HERRITT**<br>ROBERT A. RAPKIN*<br>AMY L. BENNECOFF***<br>TARA L. PATTERSON*<br>ANGELA K. TROCCOLI**<br>CHRISTINA GILL ROSEMAN**<br>FRED DAVIS*<br>RICHARD A. SCHOLER*<br>W. CHRISTOPHER COMPONOVO*<br>SARAH YOUNG*<br>TIMOTHY J. ABEEL, JR.** |

DELAWARE, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373

NEW ENGLAND, 60 Hartford Pike, P.O. Box 325, Dayville, CT 06241, (860) 866-4380

NEW JERSEY, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334

NEW YORK, 001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543

W. NEW YORK, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112

W. PENNSYLVANIA, 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001

Please reply to CORPORATE HEADQUARTERS

November 26, 2012

Honorable Joel H. Slomsky
United States District Court
 Eastern District of Pennsylvania
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

           Re:      Rande Masten v. NCO Financial Systems, Inc.
                  Civil Action No. 2:12-cv-03498-JHS

Dear Judge Slomsky:

      On November 5, 2012, Plaintiff accepted a Rule 68 Offer of Judgment providing for payment of $500.00 plus reasonable attorneys' fees and costs.

      I am writing to advise that the parties have resolved attorneys' fees and costs in the above-captioned matter.

      Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  Craig Thor Kimmel

cc: Ross S. Enders, Counsel for Defendant (*via* Email only)