IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDE MASTEN | : | CIVIL ACTION |
| v. | : | |
| | : | No. 12-3498 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

## CANCELLATION OF ARBITRATION HEARING

Please take note that the above-captioned civil action case currently sheduled for ARBITRATION at 9:30 am on February 27, 2013, has been CANCELLED.

                                                                                    Michael E. Kunz
                                                                                    Clerk of Court


                                                                                   By: /s/Janet Vecchione
                                                                                  Janet Vecchione
                                                                                  Deputy Clerk
                                                                                  Phone: 267-299-7074

Date: December 13, 2012

Copies:       Courtroom Deputy to Judge JOEL H. SLOMSKY
                    Docket Clerk - Case File

                    Counsel

ARBCAN.FRM